**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| In Re: Debtor(s)<br>**Marjorie A Garzon**<br>58 Habersham Cove Drive NW<br>Atlanta, GA 30305<br><br>**xxx−xx−6958** | Case No.: **24−59253−pwb**<br>Chapter: **7**<br>Judge: **Paul W. Bonapfel** |

### NOTICE OF DEBTOR'S REQUEST FOR DISMISSAL

**NOTICE IS HEREBY GIVEN** that the above−named debtor(s) has requested dismissal of this bankruptcy case pursuant to 11 U.S.C. § 707.

Any objections to dismissal must be filed with the Clerk of Court in writing, stating the reasons for said objection, within twenty−one (21) days from the date of this notice. If no objections are timely filed, an Order of Dismissal may be entered without further notice or hearing.

_____

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated: September 10, 2024

Form 7nr